UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-09084-RGK-PVC | | Date | February 12, 2026 |
|---|---|---|---|---|
| Title | United African-Asian Abilities Club et al v. 257th Street Partners, LLC, et al. | | | |

**Present: The Honorable**     R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     **(IN CHAMBERS) Order to Show Cause re Dismissal for Lack of Prosecution**

The Order to Show Cause [10] issued on February 6, 2026 is hereby discharged.

A further Order to Show Cause is issued as follows:

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed.  Fed.R.Civ.Proc. 4(m).  Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States).  Fed.R.Civ.Proc. 12(a)(1).

In the present case, it appears that one or more of these time periods has not been met.  Accordingly, the court, on its own motion, orders plaintiff(s) to show cause, why this action should not be dismissed for lack of prosecution as to certain defendant/s. **A hearing is set for February 17, 2026, at 9:00 am to determine Plaintiff's lack of prosecution and possible imposition of sanctions.**

**Issue re Lack of Prosecution**:

| | Alternative Response | As to Defendant/s: |
|---|---|---|
| | Proof of **timely** service of summons and operative complaint | |
| | Response to the operative Complaint | |
| X | Plaintiff's application for entry of default by clerk pursuant to Rule 55a of the Federal Rules of Civil Procedure | **257th Street Partners, LLC** |
| | Plaintiff's motion for default judgment pursuant to Rule 55b of the Federal Rules of Civil Procedure | |

**Alternatively, if a request to enter default is made by noon on Friday, February 13, 2026, the hearing will be deemed vacated.**

**A stipulation to extend dates or a notice of settlement do not constitute a proper response to this order.**

**Plaintiff to serve this order on any non-appearing defendant/s who have been formally served and file a proof of service thereon**.

| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk jre |
|---|---|---|